United States Courts
Southern District of Texas
FILED

*July 21, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **CRIMINAL No. 4:22-CR- 352** |
| § § | |
| **JESUS JAIMES MERLAN,** § | |
| **Defendant.** § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Count One

On or about May 11, 2022, in the Houston Division of the Southern District of Texas, the defendant,          **JESUS JAIMES MERLAN,** willfully and by means of driving and crashing a vehicle into the signage fixture on the F.B.I. premises did injure and attempt to injure and did commit a depredation against property of the United States and of any department or agency thereof at the F.B.I. premises, 1 Justice drive, Houston, Texas, which had been manufactured and constructed for the United States and any department or agency thereof at the F.B.I. premises, 1 Justice Drive, Houston, Texas, specifically the signage, glass, concrete, masonry, metal, conduit, brackets, and electrical fixtures with resulting damage in excess of one thousand ($1000.00) dollars.

In violation of Title 18, United States Code, § 1361.


Original Signature on File

**FOREPERSON OF THE GRAND JURY**


**JENNIFER B. LOWERY
UNITED STATES ATTORNEY**
BY: *Joe Porto*
         **Joe Porto**
         **Assistant United States Attorney**