UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                      Case Number: 4:22−cr−00352

Jesus James Merlan

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/12/2022

**TIME:** 03:15 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   October 5, 2022

Nathan Ochsner, Clerk